**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION, and DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | No. 24 Civ. 5722 (JSR)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the accompanying (1) Memorandum of Law in Support of Defendants' Partial Motion for Summary Judgment, (2) Declaration of Michael Seidel dated April 14, 2025, and annexed exhibits, (3) Declaration of Patrick Howard dated April 14, 2025, (4) Declaration of Tiffanie Woodland dated April 14, 2025 and annexed exhibits, (5) Declaration of Catrina Pavlik-Keenan dated April 14, 2025, (6) Declaration of Meekia Windham dated April 14, 2025, and annexed exhibits, (6) Declaration of Fernando Pineiro dated April 14, 2025, and (7) Declaration of David O'Dowd dated April 11, 2025, and annexed exhibits, Defendants Department of Justice, Federal Bureau of Investigation, and Department of Homeland Security, by their attorney, Matthew Podolsky, Acting United States Attorney for the Southern District of New York, hereby move this Court for partial summary judgment in the above-captioned action pursuant to Rule 56 of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's order, Plaintiff's opposition is due to be served by April 25, 2025; Defendants' papers in reply are to be served by May 2, 2025.

Dated:    April 14, 2025
             New York, New York

                              Respectfully submitted,

                              MATTHEW PODOLSKY
                              Acting United States Attorney for the
                              Southern District of New York

By:    /s/ *Rebecca L. Salk*
        REBECCA L. SALK
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Tel.: (212) 637-2614
        Email: Rebecca.Salk@usdoj.gov