UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION AND AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>    Plaintiffs,<br><br>                  v.<br><br>DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION, AND DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendants. | Civil Action No. 24-cv-5722 (JSR) |

# Exhibit F

**From:** FOIPAQUESTIONS
**Sent:** Wednesday, June 26, 2024 2:25 PM
**To:** Aamra Ahmad <aahmad@aclu.org>
**Subject:** RE: FOPIA Request No. 1637191-000

Good afternoon,

Thank you for contacting foipaquestions@fbi.gov. This letter explains that the information you are seeking is already available for review on the website provided in the letter dated June 5, 2024.

Respectfully,


Public Information Officer
FBI - Information Management Division
200 Constitution Drive
Winchester, VA  22602
O: (540) 868-4593
E: foipaquestions@fbi.gov

Do you have further questions about the FOI/PA process? Visit us at http://www.fbi.gov/foia

Please check the status of your request online at https://vault.fbi.gov/fdps-1/@@search-fdps   Status updates are performed on a weekly basis.

Note:  This is a non-emergency email address.  If this is an emergency, please call 911 directly.  If you need to report a tip for immediate action, please contact FBI Tips at http://tips.fbi.gov/ or reach out to your local field office.

**From:** Aamra Ahmad <aahmad@aclu.org>
**Sent:** Tuesday, June 18, 2024 10:36 AM
**To:** FOIPAQUESTIONS <FOIPAQUESTIONS@FBI.GOV>
**Subject:** [EXTERNAL EMAIL] - FOPIA Request No. 1637191-000

I am writing about Request No. 1637191-000 to better understand the response that was sent on June 5, 2024. The response directs me to the FBI FOIA website. Is that a refusal to search for records?

Thanks,
Aamra Ahmad

**Aamra S. Ahmad**
Pronouns: she, her, hers
Senior Staff Attorney | National Security Project
American Civil Liberties Union

1

915 15th St. NW, Washington, DC 20005
aahmad@aclu.org
aclu.org 



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*