UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION AND AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>　　Plaintiffs,<br><br>　　　　　　　　v.<br><br>DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION, AND DEPARTMENT OF HOMELAND SECURITY,<br><br>　　Defendants. | Civil Action No. 24-cv-5722 (JSR) |

# Exhibit H



**U.S. Department of Justice**
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

June 26, 2024

Aamra Ahmad

915 15th Street NW
Washington, DC  20005
nspintake@aclu.org

Dear Aamra Ahmad:

    This is to advise you that the Office of Information Policy of the U.S. Department of Justice received your administrative appeal from the action of the Federal Bureau of Investigation regarding Request No. NFP-161243 on 06/26/2024.

    In an attempt to afford each appellant equal and impartial treatment, OIP has adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number A-2024-01981.  Please refer to this number in any future communication with OIP regarding this matter.  Please note that if you provided an email address or another electronic means of communication with your request or appeal, this Office may respond to your appeal electronically even if you submitted your appeal to this Office via regular U.S. Mail.

    We will notify you of the decision on your appeal as soon as we can.  If you have any questions about the status of your appeal, you may contact me at 202-514-3642.  If you have submitted your appeal through Freedom of Information Act STAR, you may also check the status of your appeal by logging into your account.

Sincerely,

*Priscilla Jones*

Priscilla Jones
Supervisory Administrative Specialist



**U.S. Department of Justice**
Office of Information Policy
Sixth Floor
441 G Street, NW
Washington, DC 20530-0001

Telephone: (202) 514-3642

June 26, 2024

Aamra Ahmad

915 15th Street NW
Washington, DC  20005
nspintake@aclu.org

Dear Aamra Ahmad:

    This is to advise you that the Office of Information Policy of the U.S. Department of Justice received your administrative appeal from the action of the Federal Bureau of Investigation regarding Request No. NFP-161245 on 06/26/2024.

    In an attempt to afford each appellant equal and impartial treatment, OIP has adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number A-2024-01982.  Please refer to this number in any future communication with OIP regarding this matter.  Please note that if you provided an email address or another electronic means of communication with your request or appeal, this Office may respond to your appeal electronically even if you submitted your appeal to this Office via regular U.S. Mail.

    We will notify you of the decision on your appeal as soon as we can.  If you have any questions about the status of your appeal, you may contact me at 202-514-3642.  If you have submitted your appeal through Freedom of Information Act STAR, you may also check the status of your appeal by logging into your account.

                                               Sincerely,

                                             *Priscilla Jones*

                                             Priscilla Jones
                                             Supervisory Administrative Specialist



**U.S. Department of Justice**

Office of Information Policy
Sixth Floor
441 G Street, NW
Washington, DC 20530-0001

Telephone: (202) 514-3642

June 26, 2024

Aamra Ahmad

915 15th Street NW
Washington, DC  20005
nspintake@aclu.org

Dear Aamra Ahmad:

    This is to advise you that the Office of Information Policy of the U.S. Department of Justice received your administrative appeal from the action of the Federal Bureau of Investigation regarding Request No. NFP-161247 on 06/26/2024.

    In an attempt to afford each appellant equal and impartial treatment, OIP has adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number A-2024-01983.  Please refer to this number in any future communication with OIP regarding this matter.  Please note that if you provided an email address or another electronic means of communication with your request or appeal, this Office may respond to your appeal electronically even if you submitted your appeal to this Office via regular U.S. Mail.

    We will notify you of the decision on your appeal as soon as we can.  If you have any questions about the status of your appeal, you may contact me at 202-514-3642.  If you have submitted your appeal through Freedom of Information Act STAR, you may also check the status of your appeal by logging into your account.

Sincerely,

*Priscilla Jones*

Priscilla Jones
Supervisory Administrative Specialist



**U.S. Department of Justice**

Office of Information Policy
Sixth Floor
441 G Street, NW
Washington, DC 20530-0001

Telephone: (202) 514-3642

June 26, 2024

Aamra Ahmad

915 15th Street NW
Washington, DC  20005
nspintake@aclu.org

Dear Aamra Ahmad:

    This is to advise you that the Office of Information Policy of the U.S. Department of Justice received your administrative appeal from the action of the Federal Bureau of Investigation regarding Request No. 1637191-000 on 06/26/2024.

    In an attempt to afford each appellant equal and impartial treatment, OIP has adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number A-2024-01984.  Please refer to this number in any future communication with OIP regarding this matter.  Please note that if you provided an email address or another electronic means of communication with your request or appeal, this Office may respond to your appeal electronically even if you submitted your appeal to this Office via regular U.S. Mail.

    We will notify you of the decision on your appeal as soon as we can.  If you have any questions about the status of your appeal, you may contact me at 202-514-3642.  If you have submitted your appeal through Freedom of Information Act STAR, you may also check the status of your appeal by logging into your account.

Sincerely,

*Priscilla Jones*

Priscilla Jones
Supervisory Administrative Specialist