UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION AND AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>   Plaintiffs,<br><br>                v.<br><br>DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION, AND DEPARTMENT OF HOMELAND SECURITY,<br><br>   Defendants. | Civil Action No. 24-cv-5722 (JSR) |

# Exhibit I



**U.S. Department of Justice**
Office of Information Policy
Sixth Floor
441 G Street, NW
Washington, DC 20530-0001

Telephone: (202) 514-3642

Aamra Ahmad, Esq.
ACLU
915 15th Street, NW
Washington, DC 20005

Re: Appeal Nos. A-2024-01981; A-2024-01982; A-2024-01983 & A-2024-01984

Request Nos. NFP-161243; NFP-161245; NFP-161247 & 1637191-000

nspintake@aclu.org

**VIA: Online Portal - 07/03/2024**

Dear Aamra Ahmad:

    This is to advise you that your administrative appeals from the actions of the Federal Bureau of Investigation (FBI) were received in this Office on June 26, 2024. Your requests for expedited treatment are addressed below.

    You assert that your appeals are entitled to expedited treatment pursuant to the second standard enumerated in the Department of Justice's regulations. Expedited treatment pursuant to the second standard will be granted where the requester shows that there is "[a]n urgency to inform the public about an actual or alleged federal government activity, if made by a person primarily engaged in disseminating information." 28 C.F.R. § 16.5(e)(1)(ii) (2023).

    I have determined that you have not met your burden under the second standard because you have not shown an "urgency to inform the public" about an actual or alleged federal government activity and because you have failed to demonstrate that you are "primarily engaged in disseminating information." Id. at § 16.5(e)(1)(ii). In deciding whether you have demonstrated that there is an "urgency to inform the public" under 28 C.F.R. § 16.5(e)(1)(ii), I considered three factors: "(1) whether the request concerns a matter of current exigency to the American public; (2) whether the consequences of delaying a response would compromise a significant recognized interest; and (3) whether the request concerns federal government activity." Al-Fayed v. CIA, 254 F.3d 300, 310 (D.C. Cir. 2001). Although your requests concerns a federal government activity, you have not established that the requested records are

a matter of current exigency to the American public, nor that delaying a response would compromise a significant recognized interest. Instead, you only state that your appeals should be expedited because there is a compelling need to inform the public about government activity. Further, you have not provided any evidence that you are "primarily engaged in disseminating information." See Landmark Legal Found. v. EPA, 910 F. Supp. 2d 270 (D.D.C. 2012) (noting that plaintiff must be "primarily, and not just incidentally, engaged in information dissemination"); ACLU of N. Cal. v. DOJ, No. 04-4447, 2005 WL 588354, at *14 (N.D. Cal. Mar. 11, 2005) (holding that information dissemination must be "*the* main activity" rather than merely "*a* main activity" of plaintiff to satisfy expedition standard).

As a result of the denial, your appeals will be placed into chronological order with the other pending appeals and will be addressed in turn.

Please be advised that this Office's decision was made only after a full review of these matters. Your appeals were assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeals, your underlying requests, and the actions of FBI in response to your requests.

If you are dissatisfied with my action on your appeals, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll-free at 1-877-684-6448; or facsimile at 202-741-5769. If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office and speak with the undersigned agency official by calling 202-514-3642.

Sincerely,

X _____
Christina Troiani
Chief, Administrative Appeals Staff