UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

AMERICAN CIVIL LIBERTIES UNION AND
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION,

     Plaintiffs,

                  v.

DEPARTMENT OF JUSTICE,
FEDERAL BUREAU OF INVESTIGATION, AND
DEPARTMENT OF HOMELAND SECURITY,

     Defendants.

Civil Action No. 24-cv-5722 (JSR)

# **<u>Exhibit J</u>**



**U.S. Department of Justice**
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

Aamra Ahmad

Re:  Appeal Nos. A-2024-01981; A-2024-01982; A-2024-01983 & A -2024-01984

Request Nos. NFP-161243; NFP-161245; 1637191-000 & NFP-161247

nspintake@aclu.org

**VIA: Online Portal - 09/10/2024**

Dear Aamra Ahmad:

You appealed from the actions of the Federal Bureau of Investigation (FBI) on your Freedom of Information Act (FOIA) requests for access to certain records concerning Joint Terrorism Task Forces and Fusion Centers.

I have been informed that you filed a lawsuit concerning the FBI's actions in the United States District Court for the Southern District of New York. As indicated in the Department of Justice's regulations located at 28 C.F.R. § 16.8(b)(2) (2023), an appeal ordinarily will not be acted upon by this Office if the FOIA request becomes the subject of litigation. For this reason, I am closing your appeal files in this Office.

If you have any questions regarding the action this Office has taken on your appeals, you may contact this Office and speak with the undersigned agency official by calling 202-514-3642.

Sincerely,

X_____

Christina Troiani
Chief, Administrative Appeals Staff