UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION AND AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>　　Plaintiffs,<br><br>　　　　　　v.<br><br>DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION, AND DEPARTMENT OF HOMELAND SECURITY,<br><br>　　Defendants. | Civil Action No. 24-cv-5722 (JSR) |

# **Exhibit N**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
*AMERICAN CIVIL LIBERTIES UNION v. DOJ et al.*
24-cv-5722-JSR

| Page Disposition Totals | |
|---|---|
| **Total:** 396 | |
| RIF: 49 | |
| RIP: 156 | |
| WIF: 191 | |
| • FOIA Exemption(s): | 29 |
| • Duplicate: | 162 |

## Exemption Application Index

| SUMMARY OF FOIA EXEMPTION JUSTIFICATION CATEGORIES | |
|---|---|
| **CODED CATEGORIES** | **INFORMATION WITHHELD** |
| **EXEMPTION (b)(3)** | **INFORMATION PROTECTED BY STATUTE** |
| (b)(3)-5 | 50 U.S.C. §3024(i)(1) – Sources & Methods, Intelligence (The National Security Act of 1947) |
| **EXEMPTION (b)(6) and EXEMPTION (b)(7)(C)** | **CLEARLY UNWARRANTED INVASION OF PERSONAL PRIVACY AND UNWARRANTED INVASION OF PERSONAL PRIVACY** |
| (b)(6)-1 and (b)(7)(C)-1 | Names and Identifying Information of FBI Special Agents and Professional Staff |
| (b)(6)-3 and (b)(7)(C)-3 | Names and Identifying Information of Third Parties Merely Mentioned |
| (b)(6)-4 and (b)(7)(C)-4 | Names and Identifying Information of Third Parties of Investigative Interest |
| (b)(6)-5 and (b)(7)(C)-5 | Names and Identifying Information of Personnel from Non-FBI Federal Agencies |
| (b)(6)-7 and (b)(7)(C)-7 | Names of Third Parties with Criminal Records |
| (b)(6)-8 and (b)(7)(C)-8 | Names and Identifying Information of Third-Party Victims |
| **EXEMPTION (b)(7)(E)** | **INVESTIGATIVE TECHNIQUES AND PROCEDURES** |
| (b)(7)(E)-1 | Sensitive Investigative File Numbers |
| (b)(7)(E)-2 | Identities and Locations of FBI Joint Units, Squads, and Divisions |
| (b)(7)(E)-3 | FBI Internal E-mail addresses, Non-public Web Addresses and Telephone Numbers, and Internal E-mail Tools |
| (b)(7)(E)-4 | Collection and Analysis of Information |
| (b)(7)(E)-5 | Focus of Specific Investigations |
| (b)(7)(E)-6 | Types and Timing of Investigations |
| (b)(7)(E)-7 | Database Information and Search Results |
| (b)(7)(E)-14 | Coordination with Other Government Agencies and State/Local Law Enforcement Agencies |
| (b)(7)(E)-26 | Training Resources |
| (b)(7)(E)-27 | Operational Directives Concerning Sensitive Investigative Techniques and Strategies |
| (b)(7)(E)-30 | Resource Allocation |

| INDEX KEY | |
|---:|:---|
| RIF: | Released in Full |
| RIP: | Released in Part |
| WIF: | Withheld in Full |
| FOIA WIF: | Withheld in full pursuant to FOIA Exemptions |
| Dup: | Duplicate page that was withheld in full |
| Dup of: | Location of original copy |
| Per ODNI: | Information was withheld by the Office of the Director of National Intelligence (ODNI) |
| Per USMS: | Information was withheld by the United States Marshals Service (USMS) |
| Per TSA: | Information was withheld by the Transportation Security Administration (TSA) |
| Per ICE: | Information was withheld by Immigration and Customs Enforcement (ICE) |

| FBI DOCUMENT TYPES |
|:---|
| • Electronic Communications (ECs)/ FD-1057s: ECs replaced the traditional FBI correspondence (i.e., Memoranda and Letters) as the primary vehicle of correspondence within the FBI.  The purpose of an EC is to communicate within the FBI in a consistent format that can be uploaded by the originating Division or office, transmitted, and downloaded by recipient Divisions or offices within the FBI's internal computer network.  These forms are often utilized to record and disseminate intelligence/investigative information and for general investigation administration purposes. |
| • Memorandum:  These are ordinarily communications to DOJ officials, from one person to another at FBIHQ, or from one person to another within an FBI field office.  They serve to assist in the overall supervision of a case by summarizing pertinent details of an investigation. |
| • Miscellaneous Administrative Documents:  These documents are informal, internal documents utilized to administer FBI coordination and investigation administration. |
| • Internal Electronic Mail Messages (E-mails):  These documents consist of E-mails between FBI personnel discussing investigative matters. |
| • Joint Intelligence Bulletin (JIB): These documents contain multi-agency threat summaries and coordination efforts. |
| • FD-999 and 1036 – Sentinel Import Forms:  These are administrative forms attached to documents that are imported into the FBI's case administrative system, Sentinel. |

| Document Description | Bates | b3 1 | b3 5 | 6/7C 1 | 6/7C 3 | 6/7C 4 | 6/7C 5 | 6/7C 7 | 6/7C 8 | 7D 5 | 7E 1 | 7E 2 | 7E 3 | 7E 4 | 7E 5 | 7E 6 | 7E 7 | 7E 8 | 7E 14 | 7E 26 | 7E 27 | 7E 30 | Per DHS | Per ICE | Per USMS | Per ODNI | Per TSA | RIF | RIP | FOIA WIF | Seal WIF | Dup | Dup of |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Slide presentation dated 6/25/2024 providing an overview of the Campus Security Program. | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| | 2 | | | | | | | | | | | | | | | | | X | | | | | | | | | | | X | | | | |
| | 3 | | | | | | | | | | | | | X | | | | | | | | | | | | | | | | X | | | | |
| | 4 | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| | 5 | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| | 6 | | | | | | | | | | X | | | X | | | | | | | | | | | | | | | | X | | | | |
| | 7 | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| | 8 | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| FD-999 dated 11/18/2019 documenting a Domestic Terrorism-Hate Crimes Fusion Cell (DTHCFC) presentation to the National Joint Terrorism Task Force (NJTTF). | 9 | | | X | | | | | | | X | X | X | | | | | | X | | | | | | | | | | | X | | | |
| | 10 | | | | | | | | | | X | X | | | | | | | X | | | | | | | | | | | X | | | |
| FD-1057 dated 9/05/2019 documenting a DTHCFC presentation at a a Civil Rights conference. | 11 | | | X | | | | | | | X | X | X | | | | | | | | | | | | | | | | | X | | | |
| | 12 | | | X | | | | | | | X | | | X | | | | | | | | | | | | | | | | X | | | |
| FD-999 dated 12/16/2019 documenting a meeting between DTHCFC personnel and representatives from the Anti-Defamation League. | 13 | | | X | | | | | | | X | | | | | | | | | | | | | | | | | | | X | | | |
| | 14 | | | X | X | | | | | | X | | | | | | | | | | | | | | | | | | | X | | | |
| | 15 | | | X | | | | | | | X | | | X | | | | | | | | | | | | | | | | X | | | |
| | 16 | | | | | | | | | | X | | | | | | | | X | | | | | | | | | | | X | | | |
| | 17 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 13 |
| | 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 14 |
| | 19 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 15 |
| | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 16 |
| | 21 | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| | 22 | | | | | | | | | | | | X | | | | | | | | | | | | | | | | | X | | | | |
| | 23 | | | | | | | | | | X | | | | | | | | | | | | | | | | | | | X | | | | |
| | 24 | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| | 25 | | | X | | | | | | | X | | | | | | | | | | | | | | | | | | | X | | | | |
| | 26 | | | | | | | | | | | | | | X | | | | | | | | | | | | | | | | X | | |
| | 27 | | | | | | | | | | | | | | X | | | | | | | | | | | | | | | X | | | | |
| | 28 | | | | | | | | | | X | | | | X | X | | | | | | | | | | | | | | X | | | | |
| | 29 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 115 |
| | 30 | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| | 31 | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| | 32 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 44 |
| | 33 | | | | | | | | | | | | | | X | | | | | | | | | | | | | | | X | | | | |
| | 34 | | | | | | | | | | | | | | X | X | | | | | | | | | | | | | | X | | | | |
| Slide presentation dated Fall 2019 providing an overview of the Domestic Terrorism Hate Crimes Fusion Cell. | 35 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 66 |
| | 36 | | | | | | | | | | | | | | X | | | | | | | | | | | | | | | | X | | |
| | 37 | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| | 38 | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| | 39 | | X | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | |

1

| Document Description | Bates | b3 1 | b3 5 | 6/7C 1 | 6/7C 3 | 6/7C 4 | 6/7C 5 | 6/7C 7 | 6/7C 8 | 7D 5 | 7E 1 | 7E 2 | 7E 3 | 7E 4 | 7E 5 | 7E 6 | 7E 7 | 7E 8 | 7E 14 | 7E 26 | 7E 27 | 7E 30 | Per DHS | Per ICE | Per USMS | Per ODNI | Per TSA | RIF | RIP | FOIA WIF | Seal WIF | Dup | Dup of |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 40 | | | | | | | | | | | | | X | | | | | | | | | | | | | | | X | | | | |
| | 41 | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| | 42 | | | X | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | |
| | 43 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 134 |
| | 44 | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| | 45 | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| | 46 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 72 |
| | 47 | | | X | X | | | | | | | | | | | | | | | | | | | | | | | | X | | | | |
| | 48 | | | | | | | | | | | | | X | | | | | | | | | | | | | | | X | | | | |
| | 49 | | | | | | | | | | | | | X | | | | | | | | | | | | | | | X | | | | |
| | 50 | | | X | | | | | | | | | | X | | | | X | | | | | | | | | | | X | | | | |
| | 51 | | X | | | | | | | | X | | | X | | | | | | | | | | | | | | | X | | | | |
| | 52 | | | | | | | | | | | | | | | | | | | | | | X | | | | | | | | | | |
| | 53 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 21 |
| | 54 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 22 |
| | 55 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 23 |
| | 56 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 25 |
| | 57 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 26 |
| | 58 | | | | | | | | | | | | | X | | | | | | | | | | | | | | | X | | | | |
| | 59 | | | | | | | | | | X | | | X | X | | | | | | | | | | | | | | X | | | | |
| | 60 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 115 |
| | 61 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 30 |
| | 62 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 31 |
| | 63 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 34 |
| | 64 | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| | 65 | | | | | | | | | | | | | X | | | | | | | | | | | | | | | X | | | | |
| | 66 | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| | 67 | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| Slide presentation dated Fall 2019 providing an overview of the Domestic Terrorism Hate Crimes Fusion Cell. | 68 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 33 |
| | 69 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 36 |
| | 70 | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| | 71 | | | | X | | | | | | | | | | | | | | | | | | | | | | | | X | | | | |
| | 72 | | | | | | | | | | | | | X | | | | | | | | | | | | | | | X | | | | |
| | 73 | | | | X | | | | | | | | | | | | | | | | | | | | | | | | X | | | | |
| | 74 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 37 |
| | 75 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 38 |
| | 76 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 39 |
| | 77 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 40 |
| | 78 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 41 |
| | 79 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 42 |
| | 80 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 134 |
| | 81 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 44 |
| | 82 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 45 |
| | 83 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 48 |
| | 84 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 49 |
| | 85 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 50 |
| | 86 | | X | | | | | | | | | X | X | | | | | | | | | | | | | | | | X | | | | |
| | 87 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 52 |
| | 88 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 21 |
| | 89 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 22 |

| Document Description | Bates | b3 1 | b3 5 | 6/7C 1 | 6/7C 3 | 6/7C 4 | 6/7C 5 | 6/7C 7 | 6/7C 8 | 7D 5 | 7E 1 | 7E 2 | 7E 3 | 7E 4 | 7E 5 | 7E 6 | 7E 7 | 7E 8 | 7E 14 | 7E 26 | 7E 27 | 7E 30 | Per DHS | Per ICE | Per USMS | Per ODNI | Per TSA | RIF | RIP | FOIA WIF | Seal WIF | Dup | Dup of |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Slide presentation dated Fall 2019 providing an overview of the Domestic Terrorism Hate Crimes Fusion Cell. | 90 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 23 |
| | 91 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 25 |
| | 92 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 26 |
| | 93 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 58 |
| | 94 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 59 |
| | 95 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 115 |
| | 96 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 30 |
| | 97 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 37 |
| | 98 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 38 |
| | 99 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 39 |
| | 100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 40 |
| | 101 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 41 |
| | 102 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 42 |
| | 103 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 134 |
| | 104 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 44 |
| | 105 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 45 |
| | 106 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 48 |
| | 107 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 50 |
| | 108 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 86 |
| | 109 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 52 |
| Slide presentation dated Fall 2019 providing an overview of the Domestic Terrorism Hate Crimes Fusion Cell. | 110 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 21 |
| | 111 | | | | | | | | | | | X | | X | | | | | | | | | | | | | | | | X | | | |
| | 112 | | | | | | | | | | | | | X | | | | | | | | | | | | | | | | X | | | |
| | 113 | | | | | | | | | | | | | X | | | | | | | | | | | | | | | | X | | | |
| | 114 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 26 |
| | 115 | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | | | | | |
| | 116 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 30 |
| | 117 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 31 |
| | 118 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 34 |
| | 119 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 64 |
| | 120 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 65 |
| | 121 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 66 |
| | 122 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 67 |
| | 123 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 33 |
| | 124 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 36 |
| | 125 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 70 |
| | 126 | | | | | | X | | | | | | | | | | | | | | | | | | | | | | | X | | | |
| | 127 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 71 |
| | 128 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 72 |
| | 129 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 73 |
| | 130 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 37 |
| | 131 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 38 |
| | 132 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 39 |
| | 133 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 41 |
| | 134 | | | | X | | | | | | | | | | | | | | | | | | | | | | | | | X | | | |
| | 135 | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| | 136 | | | | | | | | | | | | | | | | | | X | | | | | | | | | | | X | | | |
| | 137 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 52 |
| | 138 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 9 |
| | 139 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 10 |

3

| Document Description | Bates | b3 1 | b3 5 | 6/7C 1 | 6/7C 3 | 6/7C 4 | 6/7C 5 | 6/7C 7 | 6/7C 8 | 7D 5 | 7E 1 | 7E 2 | 7E 3 | 7E 4 | 7E 5 | 7E 6 | 7E 7 | 7E 8 | 7E 14 | 7E 26 | 7E 27 | 7E 30 | Per DHS | Per ICE | Per USMS | Per ODNI | Per TSA | RIF | RIP | FOIA WIF | Seal WIF | Dup | Dup of |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 140 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 11 |
| | 141 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 12 |
| | 142 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 13 |
| | 143 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 14 |
| | 144 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 15 |
| | 145 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 16 |
| | 146 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 17 |
| | 147 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 18 |
| | 148 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 19 |
| | 149 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 20 |
| Email chain dated 9/17/2019 pertaining to Hate Crimes Domestic Terrorism Fusion Cell. | 150 | | | X | | | | | | | X | X | | X | | | | | | | | | | | | | | | | X | | | |
| | 151 | | | X | | | | | | | | | X | | | | | | | | | | | | | | | | | X | | | |
| Domestic Terrorism - Hate Crimes document dated 9/16/2019 providing an overview of the threat landscape and DTHCFC mission. | 152 | | | | | | | | | | | | | X | X | | | | | | | | | | | | | | | | X | | |
| | 153 | | | | | | | | | | | | | X | | | | | | | | | | | | | | | | | X | | |
| | 154 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 152 |
| | 155 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 153 |
| Email chain dated 11/12/2019 discussing the report format and reporting schedule for a DTHCFC document. | 156 | | | X | | | | | | | X | X | | X | | X | | | | | | | | | | | | | | X | | | |
| | 157 | | | X | | | | | | | | X | X | X | | | | | | | | | | | | | | | | X | | | |
| | 158 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 21 |
| | 159 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 111 |
| | 160 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 112 |
| | 161 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 113 |
| | 162 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 26 |
| | 163 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 115 |
| | 164 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 30 |
| | 165 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 31 |
| | 166 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 43 |
| | 167 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 64 |
| | 168 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 65 |
| | 169 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 66 |
| | 170 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 67 |
| | 171 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 33 |
| | 172 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 36 |
| | 173 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 70 |
| | 174 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 126 |
| | 175 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 71 |
| | 176 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 72 |
| | 177 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 73 |
| | 178 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 74 |
| | 179 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 38 |

| Document Description | Bates | b3 1 | b3 5 | 6/7C 1 | 6/7C 3 | 6/7C 4 | 6/7C 5 | 6/7C 7 | 6/7C 8 | 7D 5 | 7E 1 | 7E 2 | 7E 3 | 7E 4 | 7E 5 | 7E 6 | 7E 7 | 7E 8 | 7E 14 | 7E 26 | 7E 27 | 7E 30 | Per DHS | Per ICE | Per USMS | Per ODNI | Per TSA | RIF | RIP | FOIA WIF | Seal WIF | Dup | Dup of |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 180 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 39 |
| | 181 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 41 |
| | 182 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 134 |
| | 183 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 135 |
| | 184 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 136 |
| | 185 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 52 |
| | 186 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 21 |
| | 187 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 111 |
| | 188 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 112 |
| | 189 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 113 |
| | 190 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 26 |
| | 191 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 60 |
| | 192 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 30 |
| | 193 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 31 |
| | 194 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 34 |
| | 195 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 64 |
| | 196 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 65 |
| | 197 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 66 |
| | 198 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 67 |
| | 199 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 33 |
| | 200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 36 |
| | 201 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 70 |
| | 202 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 126 |
| | 203 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 71 |
| | 204 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 46 |
| | 205 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 73 |
| | 206 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 37 |
| | 207 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 38 |
| | 208 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 39 |
| | 209 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 41 |
| | 210 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 134 |
| | 211 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 135 |
| | 212 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 136 |
| | 213 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 52 |
| Email chain dated 12/3/2019 discussing the report format and reporting schedule for a DTHCFC document. | 214 | | | X | | | | | | | X | X | | X | | X | | | | | | | | | | | | | | X | | | | |
| | 215 | | | X | | | | | | | | X | X | X | | | | | | | | | | | | | | | | X | | | | |
| FD-1057 dated 9/20/2019 documenting Pittsburgh Division DT Response and Confidential Human Source review. | 216 | | | X | | | | | | | | X | X | X | X | | | | | | | | | | | | | | | X | | | | |
| | 217 | | | | | | | | | | | X | | X | | | | | | | | | | | | | | | | X | | | | |
| | 218 | | | | | | | | | | X | X | X | | X | | | | | X | | | | | | | | | | X | | | | |
| | 219 | | | | | | | | | | | X | X | | X | | | | | X | | | | | | | | | | X | | | | |
| Undated document detailing Federal Campus Safety resources. | 220 | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| | 221 | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| | 222 | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| | 223 | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |

5

| Document Description | Bates | b3 1 | b3 5 | 6/7C 1 | 6/7C 3 | 6/7C 4 | 6/7C 5 | 6/7C 7 | 6/7C 8 | 7D 5 | 7E 1 | 7E 2 | 7E 3 | 7E 4 | 7E 5 | 7E 6 | 7E 7 | 7E 8 | 7E 14 | 7E 26 | 7E 27 | 7E 30 | Per DHS | Per ICE | Per USMS | Per ODNI | Per TSA | RIF | RIP | FOIA WIF | Seal WIF | Dup | Dup of |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FD-1057 dated 2/25/2021 documenting Campus Safety Program coordination. | 224 | X | X |  |  |  |  |  |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
| | 225 |  |  |  |  |  |  |  |  |  | X |  |  | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
| | 226 |  |  | X |  |  |  |  |  |  | X |  | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
| FD-1057 dated 6/26/2024 documenting Campus Safety Program / Campus Liaison Agent Teams Call. | 227 |  |  | X |  |  |  |  |  |  | X | X | X | X |  |  |  |  | X |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
| | 228 |  |  |  |  |  |  |  |  |  | X |  |  | X |  |  |  |  | X |  | X |  |  |  |  |  |  |  |  | X |  |  |  |  |
| FD-1057 dated 7/10/2024 documenting National Joint Terrorism Task Force (NJTTF) Campus Security Program participation. | 229 |  |  | X |  |  |  |  |  |  | X | X | X | X |  |  |  |  | X |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
| | 230 |  |  |  |  |  |  |  |  |  | X |  |  |  |  |  |  |  | X |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
| Email chain dated 4/18/2024 documenting a NJTTF document disseminated to Campus Security Program participants. | 231 |  |  | X |  |  |  |  |  |  | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
| NJTTF document attached to 4/18/2024 NJTTF email to Campus Security Program participants. | 232 |  |  | X |  |  |  |  |  |  |  |  |  | X |  |  |  |  | X |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |
| | 233 |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  | X |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |
| | 234 |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  | X |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |
| | 235 |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  | X |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |
| Email chain dated 10/21/2020 discussing planned protest activity. | 236 |  |  | X |  |  |  |  |  |  |  | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  | b6 |  | X |  |  |  |  |
| | 237 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | b3, b6 |  | X |  |  |  |  |
| | 238 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X | Bates 320 |
| | 239 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X | Bates 321 |
| | 240 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X | Bates 322 |
| Email chain dated 4/29/2024 pertaining to unrest at educational institutions. | 241 |  |  | X |  |  |  |  |  |  |  | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
| | 242 |  |  | X |  |  |  |  |  |  |  | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
| FBI Hate Crime Threat Response Guide attached to 4/29/2024 email. | 243 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |  |
| Domestic Investigations and Operations Guide subsection 3.3: Special Agent, Task Force Officer, Task Force Member, Task Force Participant, FBI Contractor, and Others - Roles and Responsibilities. | 244 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |  |
| | 245 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |  |
| | 246 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |  |
| | 247 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |  |
| | 248 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |  |

| Document Description | Bates | b3 1 | b3 5 | 6/7C 1 | 6/7C 3 | 6/7C 4 | 6/7C 5 | 6/7C 7 | 6/7C 8 | 7D 5 | 7E 1 | 7E 2 | 7E 3 | 7E 4 | 7E 5 | 7E 6 | 7E 7 | 7E 8 | 7E 14 | 7E 26 | 7E 27 | 7E 30 | Per DHS | Per ICE | Per USMS | Per ODNI | Per TSA | RIF | RIP | FOIA WIF | Seal WIF | Dup | Dup of |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Intelligence Bulletin dated October 2, 2024 concerning terrorist activities. | 249 | | | | | | | | | | | | | X | X | | | | | | | | b7e | | | | | | | X | | | |
| | 250 | | | | | | | | | | | | | X | X | | | | | | | | b7e | | | | | | | X | | | |
| | 251 | | | | | | | | | | | | | X | X | | | | | | | | b7e | | | | | | | X | | | |
| | 252 | | | | | | | | | | | | | X | X | | | | | | | | b7e | | | | | | | X | | | |
| | 253 | | | | | | | | | | | | | X | X | | | | | | | | b7e | | | | | | | X | | | |
| Email chain dated October 2, 2024 concerning dissemination of Intelligence Bulletin | 254 | | X | | | | | | | | X | X | X | | | | | | | | | | | | | | | | | X | | | |
| Intelligence Bulletin attachment dated October 2, 2024 concerning terrorist activities. | 255 | | | X | | | | | | | | | | X | X | | | | | | | | | | | | | | | X | | | |
| | 256 | | | X | | | | | | | | | | X | X | | | | | | | | | | | | | | | X | | | |
| | 257 | | | X | | | | | | | | | | X | X | | | | | | | | | | | | | | | X | | | |
| | 258 | | | X | | | | | | | X | X | X | | | | | | | | | | b6, b7c, b7e | | | | | | | X | | | |
| Fusion Center document attached to 9/27/2024 email. | 259 | | | | | | | | | | | | | X | | | | X | | | | | | | | | | | | X | | | |
| | 260 | | | | | | | | | | | | | X | | | | X | | | | | | | | | | | | X | | | |
| | 261 | | | | | | | | | | | | | X | | | | X | | | | | | | | | | | | X | | | |
| Email chain dated 9/27/2024 documenting dissemination of a Fusion Center Document to Law Enforcement partners. | 262 | | X | | | | | | | | | X | X | | | | | X | | | | | | | | | | | | X | | | |
| | 263 | | X | | | | | | | | | | | X | | | | | | | | | | | | | | | | X | | | |
| May 30, 2022 Joint Task Force Policy Guide - 1178PG | 264 | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| | 265 | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| | 266 | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| | 267 | X | | | | | | | | | X | X | | X | | | | | | | | | | | | | | | | X | | | |
| | 268 | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| | 269 | | | | | | | | | | | X | | | | | | | | | | | | | | | | | | X | | | |
| | 270 | | | | | | | | | | | X | | | | X | | | | | | | | | | | | | | X | | | |
| | 271 | | | | | | | | | | | X | | | | X | | | | | | | | | | | | | | X | | | |
| | 272 | | | | | | | | | | | X | X | | | | | | | X | | | | | | | | | | X | | | |
| | 273 | | | | | | | | | | | X | | | | X | | | | | | | | | | | | | | X | | | |
| | 274 | | | | | | | | | | | X | | | | X | | | | | | | | | | | | | | X | | | |
| | 275 | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| | 276 | | | | | | | | | | X | X | | | | X | | | | X | X | | | | | | | | | X | | | |
| | 277 | X | | | | | | | | | X | | | | | X | | | | | | | | | | | | | | X | | | |
| | 278 | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| | 279 | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| | 280 | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| | 281 | | | | | | | | | | X | | | | | X | | | | | | | | | | | | | | X | | | |
| | 282 | | | | | | | | | | | | | | | X | | X | | | | | | | | | | | | X | | | |
| | 283 | | | | | | | | | | | | | | | | | | | | | | | X | | | | | | X | | | |
| | 284 | | | | | | | | | | | | | | | X | | | | | | | | | | | | | | X | | | |
| | 285 | | | | | | | | | | | X | | X | | X | | | | X | | | | | | | | | | X | | | |
| | 286 | | | | | | | | | | X | X | | X | | X | | | | | | | | | | | | | | X | | | |
| | 287 | | | | | | | | | | | | | X | | | | | X | | | | | | | | | | | X | | | |
| | 288 | X | | | | | | | | | | X | | X | | X | X | | | | | | b7e | | | | | | | X | | | |
| | 289 | | | | | | | | X | | X | X | | | | X | | | | | | | b7e | | | | | | | X | | | |

7

| Document Description | Bates | b3 1 | b3 5 | 6/7C 1 | 6/7C 3 | 6/7C 4 | 6/7C 5 | 6/7C 7 | 6/7C 8 | 7D 5 | 7E 1 | 7E 2 | 7E 3 | 7E 4 | 7E 5 | 7E 6 | 7E 7 | 7E 8 | 7E 14 | 7E 26 | 7E 27 | 7E 30 | Per DHS | Per ICE | Per USMS | Per ODNI | Per TSA | RIF | RIP | FOIA WIF | Seal WIF | Dup | Dup of |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 290 | X | | | | | | | | | X | X | | | X | X | | | | | | | | | | | | | X | | | | |
| | 291 | | | | | | | | | | | X | | | X | | | | X | | | | | | | | | | X | | | | |
| | 292 | | | | | | | | | | X | X | | | | | | | | | X | | | | | | | | X | | | | |
| | 293 | | | | | | | | | | X | X | | | X | | | | | | | | | | | | | | X | | | | |
| | 294 | | | | | | | | | | | X | | | X | | | | | X | | | | | | | | | X | | | | |
| | 295 | | | | | | | | | | X | | | | X | | | | | X | | | | | | | | | X | | | | |
| | 296 | | | | | | | | | | X | X | X | | X | | | | | X | | | | | | | | | X | | | | |
| | 297 | | | | | | | | | | | | | | X | | X | | | | | | | | | | | | X | | | | |
| | 298 | | | | | | | | | | | | | | X | | X | | | | | | | | | | | | X | | | | |
| | 299 | | | | | | | | | | | X | | | X | | X | | | | | | | | | | | | X | | | | |
| | 300 | | | | | | | | | | | | | | | | | X | X | | | | | | | | | | X | | | | |
| | 301 | | | | | | | | | | | | | | X | | | | | | | | | | | | | | X | | | | |
| | 302 | | | | | | | | | | | X | | | X | | X | | | | | | | | | | | | X | | | | |
| | 303 | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| | 304 | | | | | | | | | | | X | | | X | | | | | | | | | | | | | | X | | | | |
| | 305 | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| | 306 | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| | 307 | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| | 308 | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| | 309 | | | | | | | | | | | X | | | X | | | | | | | | | | | | | | X | | | | |
| | 310 | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| Email chain documenting information sharing through Stafford County Sheriff's Office. | 311 | | | X | | | | | | | | X | X | X | | | X | | | | | | | | | | | | X | | | | |
| | 312 | | | X | | | | | | | | X | X | X | | | | | | | | | | | | | | | X | | | | |
| FD-1036 dated 5/02/2018 documenting an email to Campus Liaison Agents. | 313 | | | X | | | | | | | X | | X | X | | | | | | | | | | | | | | | X | | | | |
| Email chain dated 5/01/2018 documenting information sharing with Campus Security Partners. | 314 | | | X | | | | | | | | X | X | | | | | | | | | | | | | | | | X | | | | |
| | 315 | | | X | | | | | | | | X | | | | | | | | | | | | | | | | | X | | | | |
| FBI Memo dated 4/30/2018 documenting homeland attacks by Sunni Violent Extremists, 2002-2017. | 316 | | | | | | | | | | | | X | X | | | | | | | | | | | | | | | X | | | | |
| Email chain dated 8/27/2024 pertaining to the drafting of a campus liaison presentation. | 317 | | | X | | | | | | | | X | X | | | | | | | | | | | | | | | | X | | | | |
| | 318 | | | X | | | | | | | | X | X | X | | | | | | | | | | | | | | | X | | | | |
| Email chain dated 11/15/2024 pertaining to college and university engagement. | 319 | | | X | | | | | | | | X | X | X | | | | | | | | | | | | | | | X | | | | |
| | 320 | X | X | | | | | | | | X | | X | X | | | | | X | | | | | | | | | | X | | | | |
| | 321 | | | X | | | | | | | | | X | X | | | | | | | | | | | | | | | X | | | | |
| | 322 | | | X | | | | | | | | | X | | | | | | | | | | | | | | | | X | | | | |

| Document Description | Bates | b3 1 | b3 5 | 6/7C 1 | 6/7C 3 | 6/7C 4 | 6/7C 5 | 6/7C 7 | 6/7C 8 | 7D 5 | 7E 1 | 7E 2 | 7E 3 | 7E 4 | 7E 5 | 7E 6 | 7E 7 | 7E 8 | 7E 14 | 7E 26 | 7E 27 | 7E 30 | Per DHS | Per ICE | Per USMS | Per ODNI | Per TSA | RIF | RIP | FOIA WIF | Seal WIF | Dup | Dup of |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Email dated 3/18/2024 pertaining to the the drafting of a NJTTF document in coordination with FBI Office of Private Sector. | 323 | | | X | | | | | | | | X | X | X | X | | | X | | | | | | | | | | | X | | | | |
| Joint Intelligence Bulletin dated 7/26/2019 concerning extremist threats. | 324 | | | | | | | | | | | | | X | X | | | | | | | | | | | | | | X | | | | |
| | 325 | | | | | X | | | | | | | | X | X | | | | | | | | | | | | | | X | | | | |
| | 326 | | | | | | | | | | | X | X | X | | | | | | | | | | | | | | | X | | | | |
| Department of Homeland Security (DHS) Office of Intelligence and Analysis - Customer Feedback Form. | 327 | | | | | | | | | | | | | X | | | | | | | | | | | | | | | X | | | | |
| DHS Office of Intelligence and Analysis report. | 328 | | | | | | | | | | | | | X | X | | | | | | | | | | | | | | | X | | | |
| | 329 | | | | | | | | | | | | | X | X | | | | | | | | | | | | | | | X | | | |
| | 330 | | | | | | | | | | | | | X | X | | | | | | | | | | | | | | | X | | | |
| | 331 | | | | X | X | | X | | | | | | X | X | | | | | | | | | | | | | | | X | | | |
| | 332 | | | | X | X | | | | | | | | X | X | | | | | | | | | | | | | | | X | | | |
| | 333 | | | | X | X | | | | | | | | X | X | | | | | | | | | | | | | | | X | | | |
| | 334 | | | | X | X | | | | | | | | X | X | | | | | | | | | | | | | | | X | | | |
| | 335 | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| | 336 | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| Department of Homeland Security (DHS) Office of Intelligence and Analysis - Customer Feedback Form. | 337 | | | | | | | | | | | | | X | | | | | | | | | | | | | | | X | | | | |
| Joint Intelligence Bulletin dated 11/2018 concerning extremist threats. | 338 | | | | | X | | X | | | | | | X | X | | | | | | | | | | | | | | X | | | | |
| | 339 | | | | | X | | X | X | | | | | X | X | | | | | | | | | | | | | | X | | | | |
| | 340 | | | | | X | | X | | | | X | X | X | X | | | | | | | | | | | | | | X | | | | |
| FBI Intelligence Products Customer Service Satisfaction Survey | 341 | | | | | | | | | | | | | X | | | | | | | | | | | | | | | X | | | | |
| Joint Intelligence Buletin dated 2/22/2019 concerning the targeting of Faith-Based Communities. | 342 | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| | 343 | | | | | | | | | | | | | X | | | | | | | | | | | | | | | X | | | | |
| | 344 | | | | | X | | | | | | | | X | | | | | | | | | | | | | | | X | | | | |
| | 345 | | | | | | | | | | | | | X | | | | | | | | | | | | | | | X | | | | |
| | 346 | | | | | | | | | | | X | X | | | | | | | | | | | | | | | | X | | | | |
| Joint Intelligence Bulletin dated 4/17/2019 concerning religious holidays and extremist threats. | 347 | | | | | | | | | | | | | X | X | | | | | | | | | | | | | | X | | | | |
| | 348 | | X | | | X | | | | | | | | X | X | | | X | | | | | | | | | | | X | | | | |
| | 349 | | X | | | | | | | | | X | X | X | X | | | X | | | | | | | | | | | X | | | | |
| Email chain dated 6/20/2018 concerning immediate threats to offices. | 350 | | | | | | | | | | | | | | | | | | | | | | | b5, b6, b7c, b7e | | | | | | X | | | |
| | 351 | | | | X | | | | | | | X | X | | | | | | | | | | | b6, b7c | | | | | | X | | | |
| | 352 | | | | X | | X | | | | | X | X | X | X | | | | | | | | | | | | | | | X | | | |
| | 353 | | | | | | | | | | | X | X | | | | | | | | | | | | | | | | | X | | | |

9

| Document Description | Bates | b3 1 | b3 5 | 6/7C 1 | 6/7C 3 | 6/7C 4 | 6/7C 5 | 6/7C 7 | 6/7C 8 | 7D 5 | 7E 1 | 7E 2 | 7E 3 | 7E 4 | 7E 5 | 7E 6 | 7E 7 | 7E 8 | 7E 14 | 7E 26 | 7E 27 | 7E 30 | Per DHS | Per ICE | Per USMS | Per ODNI | Per TSA | RIF | RIP | FOIA WIF | Seal WIF | Dup | Dup of |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Email chain dated 4/28/2019 concerning JTTF coordination with San Diego Law Enforcement. | 354 | | | X | | | X | | | | | X | X | X | | | | | | | | | | | | | | | | X | | | | |
| | 355 | | | | X | X | | X | | | | X | X | X | X | | | | | | | | | | | | | | | X | | | | |
| | 356 | | | | X | | | | | | | | X | X | | | | | X | | | | | | | | | | | X | | | | |
| | 357 | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| Joint Intelligence Bulletin dated 3/15/2019 pertaining to US-based violent extremism. | 358 | | | | X | | | | | | | | X | X | | | | | | | | | | | | | | | | X | | | | |
| | 359 | X | X | | X | | | X | | | | | X | X | | | | | | | | | | | | | | | | X | | | | |
| | 360 | | | | | | | | | | X | X | X | X | | | | | | | | | | | | | | | | X | | | | |
| | 361 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 342 |
| | 362 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 343 |
| | 363 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 344 |
| | 364 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 345 |
| | 365 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 346 |
| Email dated 4/26/2019 disseminating Joint Intelligence Bulletin. | 366 | | | X | | | X | | | | | X | X | X | | | | | | | | | | | | | | | | X | | | | |
| | 367 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 370 |
| | 368 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 371 |
| | 369 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 372 |
| Joint Intelligence Bulletin Dated 6/26/2019 pertaining to US-based violent extremism. | 370 | | | | | | | | | | | | X | X | | | | | | | | | | | | | | | | X | | | | |
| | 371 | | X | | X | | | X | | | | | X | X | | | | | X | | | | | | | | | | | X | | | | |
| | 372 | | X | | X | | | | | | | | | X | | | | | | | | | | | | | | | | X | | | | |
| | 373 | | | | | | | | | | X | X | X | | | | | | | | | | | | | | | | | X | | | | |
| Joint Intelligence Bulletin dated 10/4/2018 pertaining to violent extremism and terrorist activity. | 374 | | | | X | X | | | | | | | X | X | | | | | | | | | | | | | | | | X | | | | |
| | 375 | | | | X | | X | X | | | | | X | X | | | | | | | | | | | | | | | | X | | | | |
| | 376 | | | | X | | X | X | | | | | X | X | | | | | | | | | | | | | | | | X | | | | |
| | 377 | | | | | | | | | | | | X | | | | | | | | | | | | | | | | | X | | | | |
| | 378 | | | | | | | | | | X | X | | | | | | | | | | | | | | | | | | X | | | | |
| FBI Intelligence Products Customer Service Satisfaction Survey | 379 | | | | | | | | | | | | X | | | | | | | | | | | | | | | | | X | | | | |
| Email chain dated 10/4/2018 pertaining to the drafting and dissemination of a Joint Intelligence Bulletin. | 380 | | | | X | | X | | | | | | X | X | | | | | | | | | | b5, b6, b7c, b7e | | | | | | X | | | | |
| | 381 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 375 |
| | 382 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 376 |
| | 383 | | | | | | | | | | | X | X | X | | | | | | | | | | b6, b7c, b7e | | | | | | X | | | | |
| | 384 | | | | | | | | | | | | X | | | | | | | | | | | | | | | | | X | | | | |
| Email dated 11/1/2018 pertaining to the drafting and dissemination of a Joint Intelligence Bulletin. | 385 | | | | X | | X | | | | | | X | X | | | | | | | | | | b5, b6, b7c, b7e | | | | | | X | | | | |
| | 386 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 339 |
| | 387 | | | | | | | | | | | X | X | X | X | | | | | | | | | b6, b7c, b7e | | | | | | X | | | | |
| | 388 | | | | | | | | | | | | X | | | | | | | | | | | b6, b7c, b7e | | | | | | X | | | | |

| Document Description | Bates | b3 1 | b3 5 | 6/7C 1 | 6/7C 3 | 6/7C 4 | 6/7C 5 | 6/7C 7 | 6/7C 8 | 7D 5 | 7E 1 | 7E 2 | 7E 3 | 7E 4 | 7E 5 | 7E 6 | 7E 7 | 7E 8 | 7E 14 | 7E 26 | 7E 27 | 7E 30 | Per DHS | Per ICE | Per USMS | Per ODNI | Per TSA | RIF | RIP | FOIA WIF | Seal WIF | Dup | Dup of |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Email chain dated 7/27/2019 pertaining to an arson commited against an ICE building. | 389 | | | | | | | | | | | | | | | | | | | | | | | b5, b6, b7c, b7e | | | | | X | | | | |
| | 390 | | | | | | | | | | | | | | | | | | | | | | | b5, b6, b7c, b7e | | | | | X | | | | |
| Instructions to ICE duty agents regarding fraudulent documents message. | 391 | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| Undated ICE email. | 392 | | | | | | | | | | | | | | | | | | | | | | | b6, b7c, b7e | | | | | X | | | | |
| | 393 | | | | | | | | | | | | | | | | | | | | | | | b6, b7c, b7e | | | | | X | | | | |
| | 394 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 347 |
| | 395 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 348 |
| | 396 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | Bates 349 |