UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION, and DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | No. 24 Civ. 5722 (JSR)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendant U.S. Department of Homeland Security's Motion for Summary Judgment, and Declaration of Catrina Pavlik-Keenan dated June 12, 2025, the U.S. Department of Homeland Security, by its attorney, Jay Clayton United States Attorney for the Southern District of New York, hereby moves this Court for summary judgment in the above-captioned action pursuant to Rule 56 of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's order, Plaintiffs' opposition is due to be served by June 27, 2025; Defendant's papers in reply are to be served by July 11, 2025.

Dated:   June 13, 2025
         New York, New York

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney for the
        Southern District of New York

By:    /s/ *Rebecca L. Salk*
        REBECCA L. SALK
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Tel.: (212) 637-2614
        Email: Rebecca.Salk@usdoj.gov